[Crim. No. 526.   In Chambers.—February 20, 1899.]

Ex parte MYRON AZHDERIAN, on Habeas Corpus.

CRIMINAL LAW—CONVICTION OF EXTORTION—APPEAL—ADMISSION TO BAIL
—ILLNESS OF APPELLANT.—Upon appeal from a judgment of convic-
tion of extortion, where it appeared from the uncontradicted
affidavits of physicians that the appellant was seriously ill, and
would probably die within a short time if his imprisonment in
the county jail was continued—held, that the appellant should
be admitted to bail pending the final determination of the ap-
peal.

HABEAS CORPUS for admission to bail of an appellant
pending his appeal from a judgment of conviction of extortion
in the Superior Court of the City and County of San Francisco.
Carroll Cook, Judge.

The facts are stated in the opinion.

Dorn & Dorn, for Petitioner.

GAROUTTE, J.—Myron Azhderian having applied for bail
pending his appeal to this court, and it appearing from the un-
contradicted affidavits of the city and county physician and other
medical gentlemen that he is undergoing a severe illness and
will probably die within a short time if his imprisonment in the
county jail continues, it is therefore ordered that he be admitted
to bail in the sum of seventeen thousand dollars, pending the
final determination of his appeal to this court from a conviction
of felony, to wit, extortion.

Said bond to be approved by John Haynes, commissioner of
this court.